AO 106 (Rev. 04/010) Application for Search Warrant          AUTHORIZED AND APPROVED/DATE: _____ 10·4·19

# UNITED STATES DISTRICT COURT
for the

_____ WESTERN _____ DISTRICT OF _____ OKLAHOMA _____

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be search*<br>*Or identify the person by name and address)*<br>Dropbox account associated with:<br>redcommiebastard1917@gmail.com<br><br>THAT IS STORED AT PREMISES CONTROLLED BY:<br>Dropbox, Inc.,<br>185 Berry Street, Suite 400,<br>San Francisco, California 94107 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No: M-19-542-STE

FILED

OCT 04 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ , DEPUTY

## APPLICATION FOR SEARCH WARRANT

I, a federal law enforcement officer or attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following property *(identify the person or describe property to be searched and give its location)*:

See Attachment A, which is attached and incorporated by reference.

Located in the Western District of Oklahoma, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached and incorporated by reference.

The basis for the search under Fed. R. Crim.P.41(c) is *(check one or more)*:
- ☒ evidence of the crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Production of child pornography |
| 18 U.S.C. § 2252 | Distribution of child pornography |
| 18 U.S.C. § 2252A | Possession of child pornography |
| 18 U.S.C. § 1591(a)(1) and (2) | Child Sex Trafficking |

The application is based on these facts:

See attached Affidavit of Special Agent David A. Garrison, Federal Bureau of Investigation, which is incorporated by reference herein.
- ☒ Continued on the attached sheet(s).
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet(s).

_____
*Applicant's signature*

DAVID A. GARRISON
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date:   *October 4, 2019*

City and State:   Oklahoma City, Oklahoma

_____
*Judge's signature*

SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

## THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, David A. Garrison, a Special Agent (SA) with the Federal Bureau of Investigation

(FBI), being duly sworn, depose and state as follows:

### INTRODUCTION

1.      I have been employed as a Special Agent (SA) with the Federal Bureau of

Investigation (FBI) since June 2005, and I am currently assigned to the Oklahoma City

Field Office.  Since joining the FBI, I have been involved in investigations of child

exploitation matters and computer crimes against children.  I am currently assigned to

investigate violations of federal law involving the exploitation of children.  I have gained

expertise in the conduct of such investigations through training in seminars, classes, and

everyday work related to conducting these types of investigations in my current role as an

SA with the FBI.

2.      As a federal agent, I am authorized to investigate violations of United States

laws and to execute warrants issued under the authority of the United States.

3.      I am investigating the activities of Christopher John Henderson (Henderson),

who is associated with a Dropbox account linked with his email address

redcommiebastard1917@gmail.com.  As will be shown below, there is probable cause to

believe Henderson has received, possessed, distributed and manufactured child

pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A.  Additionally, there is

probable cause to believe Henderson both advertised and engaged in the sex trafficking of

a child who was over the age of fourteen but had not attained the age of eighteen, in violation of 18 U.S.C. § 1591(a)(1) and (2). I submit this Application and Affidavit in support of a search warrant authorizing a search of Henderson's Dropbox account (TARGET ACCOUNT), as further described in Attachment A, which is stored at premises owned, maintained, controlled, or operated by Dropbox, Inc., headquartered at 185 Berry Street, Suite 400, San Francisco, California 94107.

4.      The statements in this Affidavit are based in part on information provided by Jane Doe, date of birth xx-xx-1997, and on my investigation of this matter. Since this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ 2251, 2252, 2252A, and 1591(a)(1) and (2), are presently located within the TARGET ACCOUNT.

## BACKGROUND ON COMPUTERS AND CHILD PORNOGRAPHY

5.      Based on my knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom I have had discussions, computers, computer technology, and the Internet have revolutionized the manner in which child pornography is produced and distributed.

6.      Computers basically serve five functions in connection with child pornography: production, communication, distribution, storage, and social networking.

7.    With digital cameras, images of child pornography can be transferred directly onto a computer. A modem allows any computer to connect to another computer through the use of telephone, cable, or wireless connection. Through the Internet, electronic contact can be made to literally millions of computers around the world.

8.    The Internet affords individuals several different venues for meeting each other, obtaining, viewing and trading child pornography in a relatively secure and anonymous fashion.

9.    Individuals also use online resources to retrieve and store child pornography, including services offered by Internet Portals such as Yahoo!, DropBox, and Hotmail, among others. The online services allow a user to set up an account with a remote computing service that provides e-mail services as well as electronic storage of computer files in any variety of formats. A user can set up an online storage account from any computer with access to the Internet. Evidence of such online storage of child pornography is often found on the user's computer.

## Common Practices of Persons that Unlawfully Engage, Procure, or Solicit in Human Trafficking and/or Commercial Sex

10.    Based on information received from other law enforcement officials, I know the following:

a.    Persons who perform sex work for value—sex workers—are often trafficked by someone known as a "pimp" or "madam." The pimp and sex worker represent the supply side of human trafficking. The customer seeking and paying for commercial sex— commonly referred to as a john—represents the demand side of human trafficking.

b.    Sex traffickers almost always rely upon cellular telephones to facilitate their business. Computers, cellular phones, and smart phones are used to recruit victims on social media and by direct communications.  Because pimps and sex workers frequently bounce around between different hotels and motels, cellular phones—especially smartphones—are an ideal tool to facilitate the commercial sex trade. Persons engaging in human trafficking frequently communicate by electronic communications including text messaging, social media, email, and voice communications to recruit victims, advertise, connect with johns, dispatch the sex workers to meet with potential customers, discuss prices and meeting arrangements, to communicate threats or promises to victims and potential victims, and to arrange for the acquisition/transportation/laundering of proceeds generated from these illegal activities.  They frequently maintain these stored text messages and voice communications on these devices for long periods of time. In many cases, a sex worker will have a phone with her for a commercial sex transaction with an open and live call with the pimp, who listens to and monitors the encounter.

c.    Traffickers and sex workers/victims frequently take and store photographs and video recordings on their cellular devices and/or computer.  These photographs often include photographs of the sex workers/victims, both sexually explicit and non-explicit, that can be posted onto social media sites, such as Backpage.com, as an advertisement for unlawful commercial sexual activity.  These videos/photographs are also often transmitted directly to the john from the phone and/or computer of the sex worker/victim or pimp.   These photographs may also include photographs of the customer transmitted from the customer to the sex worker/victim and/or pimp in order to help the sex worker/victim and/or pimp identify

the john and as an additional level of security for the pimp and/or sex worker. These photographs/videos also often include trophy photos which document proceeds received from unlawful commercial sexual activity. These photos/videos also often include videos of fellow sex workers, pimps and/or their associates.

d.      Cellular telephones often maintain a call history of calls sent/received from the phone for a period of time. These phones also often maintain a list of contacts wherein the names/monikers/nicknames of johns, sex workers/victims, and/or other pimps involved in unlawful commercial sexual activity are stored along, with a telephone number where he/she/they can be reached. This call history and contacts list provides investigators with information that can lead to the identification of johns as well as other sex workers, victims and/or pimps that are involved in unlawful commercial sexual activity.

e.      Sex workers and traffickers—both pimps and johns—will often use coded words and phrases, as well as extremely vague conversations, in order to discuss their plans and prevent anyone from overhearing their conversations and from recognizing that the conversations concern a criminal sex act. For example, sex trafficking is frequently disguised as an "escort" business offering only time or companionship, or as a "massage" business.

f.      Oftentimes those that conspire or conduct transactions in the trade of human trafficking and/or unlawful commercial sex identify themselves by monikers, street names, and/or nicknames to further hinder law enforcement's efforts in identifying those involved with the commercial sex.

g. A prospective customer and/or john will often telephone the sex worker and/or escort to obtain permission to come to the sex worker's location i.e. hotel, residence, etc., to engage and/or solicit in the sexual encounter.

h. A pimp or sex worker will often post advertisements on select social media sites on the Internet with clever, disguised language to attract customers. These advertisements often include coded language that would be easily recognizable by those engaging in unlawful commercial sexual activity, but that would appear to a layperson to be non-criminal in nature. These electronic advertisements are often posted by pimps or sex workers using a telephone, cellular device, computer or other electronic medium.

i. Sex trafficking victims and sex workers are frequently advertised on a variety of social media platforms, including but not limited to Backpage.com. These websites, applications, and platforms are often accessed by smartphones, cellular phones, computers, and other similar devices. These devices are frequently used to upload videos/photographs and/or advertisements for unlawful commercial sexual activity.

## BACKGROUND OF THE INVESTIGATION

11. On March 5, 2018, Jane Doe contacted the National Center for Missing and Exploited Children and reported being notified, via an anonymous email, of explicit photographs of her and provided a website and link. Jane Doe accessed the link which led to a subcategory on "Reddit." On Reddit was a post linking to an "Imgur" post containing over a dozen photographs, some of them sexually explicit and from when Jane Doe was 15-16 years old. Jane Doe identified Henderson as being responsible for the photographs,

and their posting, and disclosed additional sexually explicit material in the possession of Henderson.

12.     Over the next few months, I interviewed Jane Doe on a number of occasions where she revealed additional information regarding her experience with Henderson, to include: She remembered talking with Henderson on the telephone before meeting him in person when she was fifteen or sixteen years old.

13.     During their first meeting, Henderson took Jane Doe to the Drover's Inn located in Oklahoma City, Oklahoma. He took her to this motel for the purpose of having sex and told her how much she could rely on him and how he wanted to take care of her. He also took a number of pornographic photographs of her both before and during their sexual encounter. According to Jane Doe, over the approximate year Henderson and Jane Doe were together, he also videotaped Jane Doe having sex with other men on at least two occasions.

14.     Jane Doe recalls having sex with Henderson around 40-50 times while they were together. He took photographs and filmed many of their sexual encounters and posted some of the photographs and videos on "fetlife." The email he used for the fetlife profile was, "daddyandhisprincess@yahoo.com." Sometimes, prior to taking pornographic photographs of Jane Doe, he wrote sayings on certain body parts with a black sharpie including "cum slut", "public entrance", "use me", and "cum goes here." He used some of these pictures to advertise her for sex using his social media accounts, including Craigslist, following which, he shared with her a number of the replies so she could choose which customer to have sex with. Many of the replies included face and penis photographs of the

prospective customers. Each appointment was supposed to last for less than an hour and the customers were charged $200.00. Henderson got all the money. He bought Jane Doe gifts such as clothes and a custom leather collar with a lock of which only he had the key. One set of clothes he bought for her, described as one of his favorites, was a pink t-shirt with the words "cum slut" on the front, and a short blue plaid skirt. He kept possession of this outfit and would often bring it with him when they met. Doe remembers having sex with other men for money more than once and less than five times during the time she was with Henderson. Each time she had sex with other men for money, she did so with multiple customers within a night.

15.     According to Jane Doe, during one of the times Henderson took her to a motel, while she was still 15 years old, prior to a scheduled prostitution date, he showed her some videos on his laptop computer depicting six or seven different juvenile girls, ranging in age from 10 or 11 to 15 years old, engaged in sex acts with men. He showed her these videos to help her know what to expect during her prostitution dates and to give her ideas on what she could do with the customers. He told her he had a "bunch" of these videos and showed her a file which contained a number of similar videos.

16.     In May of 2018, Jane Doe provided written consent to search her cell phone. During the course of the search, I found 20 photographs matching the description of the photographs she described as being posted on Imgur. During a subsequent interview, she identified some of the sexually explicit photographs of her as being taken by Henderson during their sexual encounters at various motels within the Oklahoma City area, including the Drover's Inn.

17.   Additionally, chats utilizing "imessage" were found on Jane Doe's phone between herself and a contact in her phone called "Christopher Henderson" with an associated telephone number of 405-889-2241 (she confirmed that this was Henderson). A subsequent subpoena for the subscriber information for the referenced telephone number came back to Christopher J. Henderson with an address located in Oklahoma City. During one part of the chats, Jane Doe references the sexually explicit photographs of her posted on Imgur in March of 2018. On March 4, 2018, Henderson replies in part, "I am responsible. It is my doing. There is nothing I can say to make it better or to rectify this wrong. I ask that you not go to the police. This was a monstrous, horrible thing I did." On March 6, 2018, Henderson continued, "I only had the pics on that imgr page and that was it. Whatever pics you saw was all I had. I had no others and posted no others." Additionally, during a chat with Jane Doe on December 23, 2017, Henderson identified one of his email addresses as redcommiebastard1917@gmail.com (gmail email).

18.   Jane Doe provided written consent to search her email address: coffeeluvr21@yahoo.com (yahoo email). During the course of the search I identified 87 emails from Henderson's gmail email to Jane Doe's yahoo email. Many of the emails were forwarded from emails Henderson had received on his gmail email containing responses from prospective customers, including attached face photographs, to the craigslist ads he had posted. Additionally many of the emails included sexually explicit photographs Henderson had taken of Jane Doe and sent to prospective customers. Some examples are as follows:

a.  An April 22, 2014 email titled "Business Proposition Chat Logs" is a series of screen shots from fetlife.com with an exchange between "Dr_Exploitation" and an interested customer. At this time, Jane Doe was 16 years old. Dr_Exploitation's avatar lists his location as Norman, Oklahoma and includes a photograph of his face and upper shoulders. The photograph matches the description and other photographs of Henderson. At one point in the chat, the potential customer asks, "Both holes bareback available?" Dr_Exploitation replies, "Still anal training, so not yet. That work number listed is turned off most of the time. We only sell her sporadically for fun. She goes to college and has a part time job. But every other weekend, sometimes every Friday, we'll get a room and she'll fuck a string of strangers for cash. $200.00 and you can pound her sore with a condom but cum in her mouth as much as you want (she is a serious cum slut, she gets mad when the clients don't cum in her mouth)."

b.  A December, 28, 2013 email from Henderson's gmail account to Jane Doe's yahoo account is titled "Whore Advertising Pics". Jane Doe was 16 years old. Henderson states: "Here are the pics we took, the very few that required editing I went ahead and edited. I through in the bj and facial pics as extras. If you don't want them shared they won't be. Let me know ASAP and I'll send them to prospective clients and get you sold by this weekend. Your Daddy, -Christopher." The email contained 15 attached photographs of Jane Doe at the Drover's Inn. The photographs, labeled, "secret_whore_motel", start with her dressed in a short dress crouching on the bed and progress to sexually explicit photographs of Jane Doe exposing her vagina and the photographs Henderson referenced of her engaging in oral sex.

c. A December 30, 2013 email titled, "19 yo Asian College Cutie w/Whore Fantasy – mw4m" (craigslist ad) from Henderson's gmail account to Jane Doe's yahoo account is forwarded from a December 26, 2013 email from "chyllokc" responding to the craigslist ad placed by Henderson. Jane Doe was 16 years old. The email text was: "I like ur ad on CL if ur serious I cn give her just what she wants...I will send I cock pic but u have to prove ur serious and real for a face pic." "chyllokc" attached a photograph of his penis to the email.

d. A February 26, 2014 (Jane Doe was 16 years old) email titled, "Kink Photos Set 1", sent from Henderson's gmail account to Jane Doe's yahoo account contains 15 photographs titled, "degraded_cumdump" and start with depicting Jane Doe standing clothed in a short white dress then progress to showing her naked except for a black collar around her neck with a silver ring on the front, a black blindfold covering her eyes, and thin gag around the lower part of her head with a black ball inserted into her mouth. She is then depicted sitting on the bed with her knees facing out, her feet together and her vagina exposed. Additionally, a silver chain is attached to the collar ring and extends out past the edge of the photograph. "Whore" is written across her chest in black magic marker as is "cum dump" just above her vagina with an arrow pointing down. "Cheap bitch for sale" is written on the inside of her right leg and "Anyone can fuck me" is written on the inside of her left leg. During the course of my interviews with Jane Doe, she described this particular incident as Henderson's "punishment and reward." It was "punishment" because she had refused to have sex with other men that day, and "reward" because she had the benefit of being with him instead.

e. An August, 13, 2014 email titled, "Address" from Henderson's gmail account to Jane Doe's yahoo account stated: "Hey bitch, I regret ever having met you. You are a fucking cancer. But whatever, right? 12437 SE 149th Street Oklahoma City, OK 73165 Mail me the collar soon. We need to talk about how you'll pay me back. Checks? Mailing me cash would be unwise and unsafe." -Christopher" During the course of my interviews with Jane Doe, she described how she was expected to bring the referenced collar (as described in paragraph "d") to her encounters with Henderson. Jane Doe was 16 years old at the time this email was sent.

19. On September 5, 2019, I interviewed the manager of the Drover Inn in Oklahoma City and showed a couple of sanitized photographs from the December 28, 2013 email Henderson sent Jane Doe with the attached "secret_whore_motel" series of photographs. The manager recognized the depicted room as belonging to his motel but could not identify which one. The manager granted me access to room 120 and I observed the wall paint, curtains, carpet, dresser and bed frame all matched the décor in the "secret_whore_motel" series of photographs. The bedspread, and wall art were different but the manager explained those items were changed over time due to wear and tear.

20. On September 6, 2019, a search warrant was issued to Google, Inc. for the Henderson gmail email account associated with the TARGET ACCOUNT. On September 20, 2019, Google, Inc. provided the requested information which I subsequently reviewed.

21. Among the emails contained within Henderson's gmail account, in which he identified himself as "Guy", were six containing links to Dropbox.com ranging between May 1 and August 1 of 2014, during which time Henderson and Jane Doe were together

and engaged in the production of child pornography and sex trafficking of a juvenile. The description of the emails is as follows:

        a.    May 1, 2014: Guy, using the gmail account, sent "Wendi x" an email titled "Cum in Mouth". The body of the email stated, "Here is a video I took of her taking a load into her mouth and obediently swallowing." The email contained a link to Dropbox.com with a video titled in part, "teen_whore_swallows.mp4". Many of the photographs taken by Henderson of Jane Doe depicted her in the act of oral sex and showed semen or "cum" on her face or mouth. Additionally, in many of the advertisements Henderson used to advertise Jane Doe for sex he emphasized her willingness to engage oral sex and subsequently swallow semen or cum.

        b.    May 13, 2014: Guy, using the gmail account, sent an email to "Wendi x" titled "Videos Second Try". There was no message but it contained two links to Dropbox.com with the referenced videos titled in part, "lil_whore_fucked.mov" and lil_whore_swallows.mp4".

        c.    June 3, 2014: Guy, using the gmail account, sent an email to "Wendi x" titled "New videos". The body of the email stated, "New videos shot in my car." There were two links to Dropbox.com with videos titled in part, "slave_car_masturbate.mp4" and "slave_car_bj.mp4".

        d.    July 13, 2014: Guy, using the gmail account, sent "kyndal3.14" an email titled "Homemade Porn". There was no message but it contained four links to Dropbox.com with the referenced videos titled in part; "lil_whore_swallow_cum.mp4",

"lil_whore_gets_fucked.mov", "lil_whore_car_masturbate.mp4", and lil_whore_car_bj.mp4".

       e.     July 18, 2014: Guy, using the gmail account, sent "Kyndal W" an email titled "Homemade Porn-Fucking Stranger". The body of the email stated, "So just last night I filmed her fucking a stranger bareback. Just met the guy, dressed slutty and got his cum down her throat. To keep the file size tame I rendered the video is Standard Def. It was filmed in HD though. She actually fucked him twice and the second time he came in her pussy. But I'm too tired to render that video just yet. I sincerely hope you get some random cock in your ass soon. I enjoyed our kinky talks on kik. Hit me up for more if you'd like. –Christopher (xxxredguyxxx), p.s. we have two more lined up for next week, same day too. ☺" The email contained a link to Dropbox.com with a video titled in part, "Fucking_Stranger_Part_1-round1-SD.mp4". On July 18, 2014, Jane Doe was 16. During the course of my interviews with Jane Doe, she identified an instance when she was 16 when Henderson took her to Wichita, Kansas, where he filmed her having sex with a male customer named Marcus. Marcus was charged more than the usual $200.00 because Jane Doe performed sex with him "bareback," that without the use of a condom.

       f.     Guy sent "Wendi x" an email which contained a link to Dropbox.com with a video titled in part, "Fucking_Stranger_Part_1-round1-SD.mp4".

22.    On October 1, 2019, the Grand Jury for the Western District of Oklahoma returned an Indictment against Henderson, charging him with violations of 18 U.S.C. §§ 2251, 1591 and 2260A.

### INFORMATION THAT MAY BE AVAILABLE FROM DROPBOX

23.     Through my training and experience, I have learned that Dropbox, Inc. provides a variety of on-line services, including online storage access, to the general public. Dropbox, Inc. allows subscribers to obtain accounts at the domain name www.dropbox.com.  Subscribers obtain a Dropbox, Inc. account by registering with an email address.  During the registration process, Dropbox, Inc. asks subscribers to provide basic personal identifying information.  This information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative e-mail addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number).

24.     When the subscriber transfers a file to a Dropbox, Inc. account, it is initiated at the user's computer, transferred via the Internet to Dropbox, Inc.'s servers, and then can automatically be synchronized and transmitted to other computers or electronic devices that have been registered with that Dropbox, Inc. account.  This includes online storage in Dropbox, Inc.'s servers.  If the subscriber does not delete the content, the files can remain on Dropbox, Inc. servers indefinitely. Even if the subscriber deletes their account, it may continue to be available on Dropbox, Inc.'s servers for a certain period of time.

25.     Online storage providers typically retain certain transactional information about the creation and use of each account on their systems.  This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account, and other log files that reflect usage of the account.  In addition, online storage

providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the account.

26.     In some cases, Dropbox, Inc. account users will communicate directly with Dropbox, Inc., about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Online storage providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

27.     On September 27, 2019, Dropbox, Inc. was served a Preservation Letter for the TARGET ACCOUNT and responded with a file number of CR-8000-03187.

## CONCLUSION

28.     Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that Christopher Henderson has committed the aforementioned crimes. Additionally, there is probable cause to believe that evidence of those criminal offenses is located in the TARGET ACCOUNT, and this evidence, listed in Attachment B to this Affidavit, which is incorporated herein by reference, is contraband, the fruits of crime, or things otherwise criminally possessed, or property which is or has been used as the means of committing the foregoing offenses.

29.     I, therefore, respectfully request that the attached warrant be issued authorizing the search and seizure of the items listed in Attachment B.

DAVID A GARRISON
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION


Sworn and subscribed before me this ___th day of October, 2019.


HONORABLE SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with  Preservation Letter  (CR-8000-03187)

for the Dropbox account associated with:

**redcommiebastard1917@gmail.com**

that is stored at premises owned, maintained, controlled, or operated by Dropbox, Inc.,

headquartered at 185 Berry Street, Suite 400, San Francisco, CA 94107.

## ATTACHMENT B

### Particular Things to Be Seized

**Information to be disclosed by Dropbox, Inc.:**

To the extent that the information described in Attachment A is within the possession, custody, or control of Dropbox, including any messages, records, files, logs, or information that have been deleted to Dropbox  or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Dropbox  is required to disclose the following information to the government for the Dropbox.com account associated with:

**redcommiebastard1917@gmail.com**

Dropbox account, as listed in Attachment A:

a.      The contents of all folders associated with the account, including stored or preserved copies of files sent to and from the account, the source and destination addresses associated with file, and the date and time at which each file was sent;

b.      All transactional information of all activity of the Dropbox  accounts described above, including log files, messaging logs, records of session times and durations, dates and times of connecting, and methods of connecting: and emails "invites" sent or received via Dropbox, and any contact lists.

c.      All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status,

1

alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

d.      All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e.      All records pertaining to communications between Dropbox and any person regarding the account or identifier, including contacts with support services and records of actions taken.

**Information to be seized by the government:**

All information described above in Attachment B that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 2251, 2252, 2252A, and 1591 including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

a.      Records, including text and photographs, relating to possession, distribution, and production of child pornography as well as child sex trafficking.

b.      Records identifying persons with whom the holder of the TARGET ACCOUNT communicated.

c.      Records identifying the identity of the person or persons who accessed and/or maintained the TARGET ACCOUNT.

d.      All child pornography.

2